C.S. CLERK'S OFFICE
U.S. DISTRICT COURT
APR 30 2010
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE AMGEN INC.,                              :         **REFERRAL ORDER**
                                               :
          Putative Defendant.                  :         10-mc-249 (SLT)(JO)
-----------------------------------------------------------x

**TOWNES, United States District Judge:**

The Putative Defendant's Motion for a Protective Order to Prevent the Government from Violating Rule 4.2 of the New York Code of Professional Conduct, filed on April 16, 2010, is hereby referred to Magistrate Judge James Orenstein to hear and determine.

**SO ORDERED.**

s/ SLT
SANDRA L. TOWNES
United States District Judge

Dated:    April 28, 2010
          Brooklyn, New York