| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   JAMES ORENSTEIN                    DATE:    5/14/10
          U.S. MAGISTRATE JUDGE              TIME:    2:00 p.m.

*In Re Amgen, Inc.*
**10-MC-0249 (SLT) (JO)**

TYPE OF CONFERENCE: Motion Hearing

APPEARANCES:   Amgen, Inc.   Michael Kendall, Monica Asher, Christopher Conniff, Jill Karpa

               Respondent    Winston M. Paes, Roger Burlingame

SCHEDULING: There are no further conferences scheduled before me at this time.

THE FOLLOWING RULINGS WERE MADE:

1. The parties presented arguments on Amgen's motion for a protective order.

2. The Government will promptly file a redacted memorandum on the docket.

3. The parties will submit further briefing by June 14, 2010.

SO ORDERED

/s/ James Orenstein
JAMES ORENSTEIN
U.S. Magistrate Judge