

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

June 30, 2010

Jason Brown
T +1 212 841 0478
F +1 646 728 1649
jabrown@ropesgray.com

**BY ECF & HAND DELIVERY**

The Honorable James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *In re Amgen Inc.*
      Misc. Docket No. 10-249 (SLT) (JO)

Dear Judge Orenstein:

  On April 16, 2010, Amgen Inc. ("Amgen") filed a Motion for a Protective Order to Prevent the Government From Violating Rule 4.2 of the New York Code of Professional Conduct.  The Court held a hearing on the motion on May 14, 2010, and requested supplemental briefing.  Both Amgen and the Government filed supplemental memoranda on June 14, 2010 addressing the issues raised at hearing.

  In response to the Government's submission, Amgen requests the opportunity to file a reply memorandum of no more than 10 pages on or before July 12, 2010.  In making this request, Amgen submits that a reply memorandum will assist the Court in resolving the legal issues raised and questions posed by the Court at hearing on May 14, 2010 and addressed by the Government in its recent Letter Brief.

  The Government consents to Amgen's request and, if allowed by the Court, also plans to file a reply memorandum on or before July 12, 2010.

Respectfully submitted,

| | |
|---|---|
| __/s/ Jason Brown_____<br>Jason Brown<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Tel:  212.841.0478 | |

ROPES & GRAY LLP

- 2 -                                                  June 30, 2010

Fax: 646.728.1649
jabrown@ropesgray.com

Brien O'Connor
Kirsten V. Mayer
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
Tel:  617.951.7000
Fax:  617.951.7050
brien.o'connor@ropesgray.com

David S. Rosenbloom
Douglas E. Whitney
MCDERMOTT, WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Tel:  312-372-2000
Drosenbloom@mwe.com

Michael Kendall
Daniel A. Curto
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel:  617.535.4000
Fax:  617.535.3800
mkendall@mwe.com

*Counsel to Amgen Inc.*

ROPES & GRAY LLP

- 3 -                                                            June 30, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF), and a copy will be

sent by electronic mail to counsel for the Government, Roger Burlingame and Winston Paes, on

June 30, 2010.

_/s/ Jason Brown_____
Jason Brown